# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ELAINE L. CHAO, ) | |
| Secretary of Labor, ) | CASE NO. 08-cv-01674-EWN |
| United States Department of Labor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ABSOLUTE CONTROL SYSTEMS, INC. 401(K) ) | |
| PLAN, ) | |
| ) | |
| Defendant. ) | |

## CONSENT DECREE

Plaintiff having filed her Complaint, and Defendant Absolute Control Systems, Inc. 401(K) Plan ("the Plan"), having been served under ERISA § 502(d)(1), 29 U.S.C. § 1132(d)(1), and having defaulted in responding to the complaint, and having agreed to entry of this Consent Decree without contest;

It is, therefore, upon motion of Counsel for Plaintiff, and this Court having jurisdiction over the parties to this Consent Decree; and this Court being empowered to provide the relief described herein, and for cause shown, it is therefore:

**ORDERED, ADJUDGED AND DECREED** that:

Midwest Fiduciary Services, Inc., an Independent Trust Company located in Oacoma, South Dakota, is hereby appointed as the Independent Fiduciary of the Plan, with plenary authority to verify and secure the Plan assets, to determine and verify participant records, to contact participants regarding distribution options, and to make final distributions of the Plan's assets to participants and beneficiaries, according to the terms of the Plan.

Midwest Fiduciary Services, Inc. is further granted the authority and duty to terminate the Plan.

The Plan is required to pay Midwest Fiduciary Services, Inc. a fee of $2,800.00 to effectuate distribution of the Plan's assets and for the administration and termination of the Plan.

Midwest Fiduciary Services, Inc. shall not be held responsible for any claims against the Plan or related entities which existed, arose, matured or vested prior to the appointment of Midwest Fiduciary Services, Inc.

Nothing in this Consent Decree is binding on any governmental agency other than the United States Department of Labor, Employee Benefits Security Administration.

Each party shall bear his, her, or its own attorneys' fees, costs and other expenses incurred by such party to date in connection with any stage of the above-referenced proceeding including, but not limited to, attorneys' fees, costs and other expenses which may be available under the Equal Access to Justice Act, as amended.

The Court directs the entry of this Consent Decree as a final order and dismisses the case with prejudice.

The Court hereby incorporates the representations and findings made orally during the hearing on Plaintiff's motion held at 9:30 a.m. on September 25, 2008.

Dated this 26th day of September, 2008

s/ Edward W. Nottingham
Chief United States District Judge

Entry of this Consent Decree is hereby consented to:

For Defendant:

_____s/_____
John T. Newman, Secretary
Officer of Absolute Control Systems, Inc., on
Behalf of the Plan

For Plaintiff:

Gregory F. Jacob
Solicitor of Labor

Michael A. Stabler
Regional Solicitor

John Rainwater
Associate Regional Solicitor

_____s/_____
Gregory W. Tronson
Trial Attorney
Office of the Solicitor
United States Department of Labor
1999 Broadway, Suite 1600
Denver, CO  80202-5710
Telephone: (303) 844-1758
Fax:  (303) 844-1753
E-mail: tronson.gregory@dol.gov

Attorneys for Elaine L. Chao
Secretary of Labor
U.S. Department of Labor